UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

Charles P. Guarino, Esq.
Law Office of Charles P. Guarino
323 Gill Lane, Suite 12-I
Iselin, New Jersey 08830
(646) 727-0708
Attorneys for Plaintiff

_____

| | |
|---|---|
| LIGER6, LLC, | ) |
| | ) |
| Plaintiff, | ) Hon. |
| | ) |
| vs. | ) |
| | ) Civil Action No.          (     ) |
| SARTO ANTONIO & | ) |
| SOREN KREBS, | )          <u>Civil Action</u> |
| | ) |
| Defendants. | ) |
| | ) |

_____

**<u>FRCP 7.1 DISCLOSURE STATEMENT</u>**

The undersigned counsel for the Plaintiff, Liger6, LLC, certifies that this party is a non-governmental corporate party and that:

This party does not have a parent corporation nor is there any publicly held corporation that owns 10% or more of this party's stock.

                                                        The Law Office of Charles P. Guarino
                                                        Attorneys for Plaintiff

Dated:  August 5, 2013                          /s/ Charles P. Guarino
                                                        CHARLES P. GUARINO