UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| LIGER6, LLC, | : | |
| Plaintiff, | : | Civil Action No. 13-4694 (FSH) |
| v. | : | |
| SARTO ANTONIO and SARTO S.r.l., | : | ORDER |
| Defendants. | : | |

This matter having come before the Court by way of Defendants/Counterclaim Plaintiffs Sarto Antonio and Sarto S.r.1.'s motion to amend the Answer, Affirmative Defenses, Counterclaims and Demand for Jury Trial [D.E. 27];

and the Court having reviewed Defendants/Counterclaim Plaintiffs' motion, the record, and the applicable law;

and the Court having held oral argument on October 1, 2014;

and for the reasons set forth on the record on October 1, 2014;

**IT IS** on this 8th day of October, 2014,

**ORDERED** that Defendants/Counterclaim Plaintiffs' motion to amend the Answer, Affirmative Defenses, Counterclaims and Demand for Jury Trial is granted.

*/s Michael A. Hammer*
**United States Magistrate Judge**