Eric Adam Biderman
biderman.eric@arentfox.com
ARENT FOX, LLP
1675 Broadway
New York, New York 10019
Telephone: (212) 484-3900
Facsimile: (212) 484-3990

*Attorneys for Defendants
and Counterclaim Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| LIGER6, LLC,<br><br>　　　　Plaintiff/Counterclaim<br>　　　　Defendant,<br><br>　　　　-against-<br><br>SARTO ANTONIO and SARTO S.r.l.,<br><br>　　　　Defendants/Counterclaim<br>　　　　Plaintiffs. | Civil Action No. 2:13-cv-04694-FSH-MAH<br><br>Hon. Faith S. Hochberg<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF ATTORNEY'S CHANGE OF ADDRESS
## OF DEFENDANTS
## SARTO S.r.l. AND SARTO ANTONIO

Sarto S.r.l. and Sarto Antonio hereby provide notice that, effective December 31, 2014, the zip code portion of the address of counsel of record in the Washington, DC offices of Arent Fox LLP – namely Michael A. Grow – will be changed to:

>　Arent Fox LLP
>　1717 K Street, NW
>　Washington, DC 20006-5344

Email, telephone and facsimile contact information remains unchanged.

Dated:   December 24, 2014						Respectfully submitted.

**ARENT FOX LLP**

By:	/s/ Eric Adam Biderman
	Eric Adam Biderman
	biderman.eric@arentfox.com
	1675 Broadway
	New York, New York  10019
	Telephone: (212) 484-3900
	Facsimile:  (212) 484-3990

	Michael A. Grow
	(*admitted pro hac vice*)
	grow.michael@arentfox.com
	Alec P. Rosenberg
	(*admitted pro hac vice)*
	rosenberg.alec@arentfox.com
	1717 K Street, NW
	Washington, DC  20036
	Telephone: (202) 856-6000
	Facsimile: (202) 857-6395

*Attorneys for Defendants/Counterclaimants
Sarto Antonio and Sarto S.r.l.*