

One Newark Center, 19th Floor
Newark, New Jersey 07102
Tel: 973.690.5400 Fax: 973.466.2761
www.rwmlegal.com

February 13, 2017

**VIA CM/ECF**
Hon. Joseph A. Dickson, U.S.M.J.
United States District Court
MLK, Jr. Federal Bldg. & Courthouse
50 Walnut Street
Newark, New Jersey 07102

      Re:    *Liger6, LLC v. Sarto Antonio., et al.*
             Civil Action No. 2:13-cv-04694 (JLL) (JAD)

Dear Judge Dickson:

      This Firm, along with Kramer Levin Naftalis & Frankel LLP, represents Liger6, LLC in the above-captioned action. In accordance with the Court's February 1, 2017 Order, we submit the Parties' proposed Final Pretrial Order and accompanying attachments. *See* ECF No. 111.

      We thank the Court for its consideration of this submission. Should Your Honor have any questions, the Parties are available at the Court's convenience.

                    Respectfully,

                    *s/ Michael J. Gesualdo*
                    Michael J. Gesualdo

Encls.
cc:     All counsel of record (*via* CM/ECF)