Eric Adam Biderman
biderman.eric@arentfox.com
ARENT FOX, LLP
1675 Broadway
New York, New York 10019
Telephone: (212) 484-3900
Facsimile: (212) 484-3990

*Attorneys for Defendants and
Counterclaim Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| LIGER6, LLC,<br><br>    Plaintiff/Counterclaim Defendant,<br><br>    -against-<br><br>SARTO ANTONIO and SARTO S.r.l.,<br><br>    Defendants/Counterclaim Plaintiffs. | Civil Action No. 2:13-cv-04694-JLL-JAD<br><br>Hon. Jose L. Linares<br><br>**MOTION DAY:  MARCH 20, 2017**<br><br>**ORAL ARGUMENT REQUESTED** |

### DEFENDANTS' NOTICE OF MOTION FOR LEAVE TO FILE A MOTION FOR SUMMARY JUDGMENT

**PLEASE TAKE NOTICE**, that Defendants Sarto Antonio and Sarto S.r.l. (collectively, "Sarto" or "Defendants") by and through their undersigned counsel, shall move before the Honorable Jose L. Linares, U.S.D.J., in the United States District Court for the District of New Jersey, Newark Vicinage, Martin Luther King, Jr. Federal Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101, on March 20, 2017, or as soon thereafter as counsel may be heard, for an Order:

(1)   Granting Defendants' leave to file a motion for summary judgment in this action; and

(2)   Granting such other and further relief as this Court may deem appropriate.

**PLEASE TAKE FURTHER NOTICE** that at the return date of this motion, Defendants shall rely upon: the accompanying Memorandum of Law in Support; Declaration of Eric Adam Biderman in Support, and the Exhibits thereto; all other pleadings and papers of record; and any oral argument. Also enclosed herewith for the Court's consideration is a proposed form of Order.

Dated: February 13, 2017

    Respectfully submitted.

    **ARENT FOX LLP**

    By: /s/ Eric Adam Biderman
        Eric Adam Biderman
        biderman.eric@arentfox.com
        1675 Broadway
        New York, New York  10019
        Telephone: (212) 484-3900
        Facsimile:  (212) 484-3990

        Michael A. Grow (*Pro Hac Vice*)
        grow.michael@arentfox.com
        1717 K Street, NW
        Washington, DC 20036
        Telephone: (202) 856-6000
        Facsimile: (202) 857-6395

    *Attorneys for Defendants/Counterclaim
    Plaintiffs Sarto Antonio and Sarto S.r.l.*