

One Newark Center, 19th Floor
Newark, New Jersey 07102
Tel: 973.690.5400 Fax: 973.466.2761
www.rwmlegal.com

December 1, 2017

**VIA CM/ECF**
Hon. Joseph A. Dickson, U.S.M.J.
United States District Court
MLK, Jr. Federal Bldg. & Courthouse
50 Walnut Street
Newark, New Jersey 07102

  Re: *Liger6, LLC v. Sarto Antonio., et al.*
     Civil Action No. 2:13-cv-04694 (JLL) (JAD)

Dear Judge Dickson:

  Pursuant to the Court's November 7, 2017 directive, the parties submit for Your Honor's consideration the attached revised proposed Final Pretrial Order.

  Should Your Honor have any questions, the parties are available at the Court's convenience.

                Respectfully,

                *s/ Michael J. Gesualdo*
                Michael J. Gesualdo

Encl.
cc: All counsel of record (*via* CM/ECF)