

One Newark Center, 19th Floor
Newark, New Jersey 07102
Tel: 973.690.5400 Fax: 973.466.2761
www.rwmlegal.com

September 18, 2018

VIA CM/ECF
Hon. José L. Linares, U.S.D.J.
United States District Court
MLK, Jr. Federal Bldg. & Courthouse
50 Walnut Street
Newark, New Jersey 07102

      Re:    *Liger6, LLC v. Sarto Antonio., et al.*
             Civil Action No. 2:13-cv-04694 (JLL) (JAD)

Dear Judge Linares:

We, along with Kramer Levin Naftalis & Frankel, are counsel to Liger6, LLC in the above-captioned matter and respond to the letter submitted by Defendants Antonio Sarto and Sarto S.r.l. ("Defendants") on September 14, 2018.  (D.E. 160).

Liger6 respectfully requests that the Court keep the trial date of November 27, 2018, as the instant action has been pending for over five years.  While we understand the concern raised by Defendants' counsel regarding the close proximity of trial dates, that should not serve as a basis to further delay trial in this matter.  Liger6 expects that a trial starting on Tuesday November 27th would end by Thursday or Friday of the same week, leaving Defendants' counsel with time to finalize preparation for counsel's other case.

However, should the Court decide to move the trial date, Liger6 is available on the original November 14, 2018 trial date and any time between December 17, 2018 and January 25, 2019.

We thank the Court for its kind consideration.

                                                    Respectfully,

                                                   *s/Michael J. Gesualdo*
                                                    Michael J. Gesualdo

cc:  All Counsel of Record (via CM/ECF)