11:25 AM

UNITED STATES DISTRICT COURT

DISTRICT of NEW JERSEY

LIGER6, LLC                                        Civil Action : 13-4694

Jury Communication # 1

SARTO ANTONIO, ET AL

We need clarification on what "conferred a benefit on defendant" means.

DATE: January 30, 2019

FOREPERSON: 

1-30-19
2:15 PM

# UNITED STATES DISTRICT COURT

## DISTRICT of NEW JERSEY

LIGER6, LLC                               Civil Action : 13-4694

                                          Jury Communication # 2

SARTO ANTONIO, ET AL

WE HAVE REACHED A VERDICT.

DATE: 1/30/2019

FOREPERSON: ~~[redacted]~~