**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| LIGER6, LLC, | Civil Action No. 13-4694 (JLL) |
| Plaintiff, | **JUDGMENT IN A CIVIL ACTION** |
| v. | |
| SARTO ANTONIO, *et al.*, | |
| Defendants. | |

**LINARES**, Chief District Judge.

The above-captioned action was tried by a jury with the undersigned presiding. Pursuant to the jury verdict reached on January 30, 2019, this Court hereby enters judgment in favor of Defendants Sarto Antonio and Sarto S.r.l, and against Plaintiff Liger6, LLC.

Dated: January 31st, 2019.

**JOSE L. LINARES**
Chief Judge, United States District Court