**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| LIGER6, LLC,<br><br>            Plaintiff,<br><br>v.<br><br>SARTO ANTONIO, et al.,<br><br>            Defendants. | Civil Action No. 13-4694 (JLL)<br><br>**ORDER** |

IT APPEARING THAT:

1. From January 22, 2019 to January 30, 2019, a jury trial for this action was held before the Court. (*See* ECF Nos. 199, 202–04, 214–15).

2. On January 30, 2019, the jury found in favor of Defendants and against Plaintiff, and judgment was subsequently entered to reflect same. (ECF Nos. 218–19, 222).

3. However, the Court had previously found in favor of Defendants on several of Defendants' counter-claims at the summary judgment stage. (ECF Nos. 93, 94). Accordingly, the issue of damages in connection with the Court's previous Summary Judgment Opinion and Order, (ECF Nos. 93, 94), must still be determined by the Court. For these reasons,

**IT IS THEREFORE** on this ___21st___ day of February, 2019,

**ORDERED** that Defendants shall have seven (7) days from the date of this Order to serve Plaintiff by hand with a demonstration that Defendants are entitled to damages in connection with the Court's Summary Judgment Opinion and Order; and it is further

**ORDERED** that Plaintiff shall have seven (7) days from the date that it is served with Defendants' demonstration to serve Defendants by hand with any opposition to Defendants' entitlement to damages; and it is further

**ORDERED** that Defendants shall have five (5) days from the date that they receive Plaintiff's opposition, if any, to reply thereto and serve said reply to Plaintiff by hand; and it is further

**ORDERED** that after the parties have exchanged the above documents, and within twenty (20) days of this Order, the parties shall simultaneously file with the Court Defendants' demonstration, Plaintiff's opposition, and any reply thereto.

**SO ORDERED.**

_____
**JOSE L. LINARES**
Chief Judge, United States District Court